CHARLES S. HINKLEY, Respondent, *v.* AMERICAN LUMBER AND MANUFACTURING COMPANY, Appellant.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 9th day of November, 1915, denying a motion to compel the plaintiff to accept an answer.

PER CURIAM: We think that the verification of the answer in this case is sufficient, and that, therefore, the order appealed from must be reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Laughlin, Scott and Page, JJ. Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.